Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Mahru Madjidi, Esq., State Bar No. 297906
MMadjidi@Shegerianlaw.com
Nicole L. Gilanians, Esq., State Bar No. 346710
NGilanians@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
11520 San Vicente Boulevard
Los Angeles, California 90049
Telephone Number:      (310) 860 0770
Facsimile Number:(310) 860 0771

Attorneys for Plaintiffs,
RAMON QUESADA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON QUESADA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTEN TRANSPORT, LTD, MARTEN TRANSPORT, MARTEN TRANSPORT SERVICES, LTD, ANN BAUER, TABITHA CRANDALL, JEFFREY GREILING, and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No.:  **2:23-cv-311-DAD-KJN**<br><br>**The Honorable Dale A. Drozd**<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Action Filed:     March 10, 2022 |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE, that the Parties in the above matter have reached a settlement and are working to memorialize the settlement in a confidential written settlement agreement. PLEASE TAKE FURTHER NOTICE that Plaintiff respectfully requests that this Court vacate all deadlines. The Parties will file a stipulation of dismissal with prejudice consistent with Rule 41 of the Federal Rules of Civil Procedure once both parties have executed all obligations required of them within the terms of the agreement.

Dated: January 7, 2026          SHEGERIAN & ASSOCIATES, INC.

By: *Nicole L. Gilanians*
Nicole L. Gilanians, Esq.

Attorney for Plaintiffs,
RAMON QUESADA

**QUESADA V MARTEN TRANSPORT LLP   CASE NO.:  2:23-CV-311-DAD-KJN**

# PROOF OF SERVICE
# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

I am an employee in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 11520 San Vicente Boulevard, Los Angeles, California 90049.

On January 7, 2026, I served the foregoing document, described as **"NOTICE OF SETTLEMENT"** on all interested parties in this action addressed as follows:

| | |
|---|---|
| Michael E. Brewer, Esq. | Michelle Finkel Ferber, Esq. |
| michael.brewer@bakermckenzie.com | mferber@ferberlaw.com |
| James J. Ward, Esq. | Jennifer R. Lucas, Esq. |
| joe.ward@bakermckenzie.com | jlucas@ferberlaw.com |
| Erin A. Shields, Esq. | Jessica M. Di Palma, Esq. |
| erin.shields@bakermckenzie.com | jdipalma@ferberlaw.com |
| Lily S. Duong, Esq. | FERBER LAW, APC |
| lily.duong@bakermckenzie.com | 2603 Camino Ramon, Suite 385 |
| Baker & McKenzie LLP | San Ramon, California 94583 |
| 600 Hansen Way, | |
| Palo Alto, CA 94304 | |

☒   **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒   **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 7, 2026, at Los Angeles, California.

*Amelia Sanchez*
Amelia Sanchez